# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00164-CV

In the Matter of the Marriage of Ashlee Desoree Johnston and Justin Ross Johnston and in the Interest of S.M.J., a Child

On appeal from the
County Court at Law of Walker County, Texas
Judge John R. Gaines, presiding
Trial Court Cause No. D2420018

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

**MEMORANDUM OPINION**

Appellant, Justin Ross Johnston, appealed from a final decree of divorce signed by the trial court on March 21, 2025. On May 29, 2025, Appellant was notified that a docketing statement is required to be completed and returned to this Court within 21 days of that date. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated June 25, 2025, the Clerk of this Court notified Appellant that the docketing statement has not been filed and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed within twenty-one days from the date of the letter. *See* TEX. R. APP. P. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at *1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: July 31, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
CV06

